JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-0759-AG(DFMx) | Date | October 31, 2018 |
| Title | PAUL SAPAN v LIFEWATCH, INC | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD |

| | |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [In Chambers] ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

The complaint in this matter was filed on May 1, 2018. On October 10, 2018, this Court issued a Minute Order which ordered plaintiff to file a proof of proper service of the summons and complaint on defendant(s); papers properly seeking entry of default or a default judgment; or answers or other filings by the defendant(s), or show cause in writing on or before October 30, 2018, why this action should not be dismissed for lack of prosecution for failure to prosecute the action diligently. To date, the Court has received no response to the Order to Show Cause.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |